DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHERRY SHEREE TROUTMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2498

[February 8, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312019CF000120A.

Sherry Sheree Troutman, Quincy, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Simmons v. State*, 337 So. 3d 470 (Fla. 1st DCA), *rev. denied*, No. SC22-705, 2022 WL 3210915 (Fla. Aug. 9, 2022).

WARNER, CIKLIN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***